Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY DIXON, | Case No.  09-CV-01617-MCE-KJM |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, ROSEMARY DIXON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on June 10, 2009.  NCO filed its responsive pleading on August 5, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.  The court is to retain jurisdiction for purposes of enforcement of the settlement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 12/01/09  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 12/01/09  KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff,
Rosemary Dixon

```
IT IS SO ORDERED.  The Clerk of the court is hereby directed to
close the file.

DATED:   12/7/2009
```

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE